United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SAMUEL EDUARDO MARTINEZ | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | MISC. ACTION NO. 7:26-MC-020 |
| | § | |
| UNITED STATES TREASURY | § | |
| | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Samuel Eduardo Martinez's civil action against Defendant United States Treasury. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 9 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff should be, and is, denied IFP status. Plaintiff is hereby granted thirty (30) days to pay the filing fee to proceed with this action.

SO ORDERED November 9, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge